## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Louis Arthur Soskin aka Louis A Soskin**<br>Debtor(s) | **BK NO. 24-02544 MJC**<br><br>**Chapter 13** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
11 Oct 2024, 14:38:14, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322