In re:         Case No. 24-02544-MJC

Louis Arthur Soskin        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 18, 2024     Form ID: ntcnfhrg     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis Arthur Soskin, 602 Edgar Street, Throop, PA 18512-1310 |
| 5658966 | + | Felicia Soskin, 602 Edgar Street, Throop PA 18512-1310 |
| 5658969 | + | Sunlight Financial, 5109 S Broadband Ln STE 400, Sioux Falls SD 57108-2241 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5658958 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 18 2024 18:44:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5658959 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2024 18:42:15 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5658960 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2024 18:53:07 | Capital One Cabelas, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5666591 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2024 18:42:46 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5658961 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2024 18:42:47 | Capital One Walmart, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 5658962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2024 18:44:00 | Commenity Bank, 1 Righter Pkwy, Willmington DE 19803-1534 |
| 5658963 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2024 18:44:00 | Commenity Capital Game Stop, PO Box 182120, Columbus OH 43218-2120 |
| 5658964 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2024 18:44:00 | Commenity Capital TY VISA, PO Box 182120, Columbus OH 43218-2120 |
| 5658965 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 18 2024 18:53:07 | DEPT OF ED / AIDVANTAGE, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 5658967 | ^ | MEBN | Nov 18 2024 18:38:40 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5658968 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2024 18:42:48 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 5665312 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 18 2024 18:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5658970 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 18 2024 18:42:44 | Synchrony Bank Verizon, PO Box 71737, Philadelphia PA 19176-1737 |
| 5658971 | + | Email/Text: bankruptcy@td.com | Nov 18 2024 18:44:00 | TD RCS/Raymour & Flanigan, 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |
| 5658972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2024 18:53:08 | THD/CBNA, 5800 South Corporate Place, Sioux |

Falls, SD 57108-5027

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Louis Arthur Soskin johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Louis Arthur Soskin, aka Louis A Soskin, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:24−bk−02544−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 2, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 9, 2025<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 18, 2024 |

ntcnfhrg (08/21)