Certificate Number: 17082-PAM-DE-039234355

Bankruptcy Case Number: 24-02544



17082-PAM-DE-039234355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2025, at 1:23 o'clock AM MST, LOUIS ARTHUR SOSKIN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 13, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director